```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 10-23010-CIV-SEITZ
                         MAGISTRATE JUDGE P.A. WHITE

GERARDO ARIAS MARTINEZ,      :

     Plaintiff,              :

v.                           :    REPORT RE TRANSFER
                                    TO CORRECT VENUE
SCOTT MIDDLEBROOKS,   et al  :

     Defendant(s).           :
_____
```

The plaintiff, Gerardo Arias Martinez filed a pro se civil rights complaint alleging constitutional violations at USP-Coleman. The plaintiff is a federal prisoner, confined in USP-Coleman and the defendants and alleged violations all occurred in Coleman, Florida, located in the Middle District of Florida.

The appropriate venue provision in this case is 28 U.S.C. §1391(b). Clark v. Harp, 737 F.Supp. 676 (D. D.C. 1990); Harley v. Oliver, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated. Transfer under 28 U.S.C. §1404 includes the convenience of the parties and witnesses, relative ease of access to sources of proof, the cost of obtaining

the attendance of witnesses and other practical factors that would make the trial of the case easy, expeditious and inexpensive. See: Stateline Power Corp. V Kremer, 404 F. Supp 2nd 1373 (US Dist. Fla. 2005).

It is therefore recommended that this case be transferred to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. §1406(a).

Objections to this Report may be filed with the Court within fourteen days following receipt.

Dated this 30th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Gerardo Martinez, Pro Se
      Reg#11856-051
      USP Coleman
      Coleman, FL
      Address of record