UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23010-CIV-SEITZ/WHITE

GERARDO ARIAS MARTINEZ,

       Plaintiff,

v.

SCOTT MIDDLEBROOKS, et. al

       Defendants.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATIONS AND TRANSFERRING CASE

THIS MATTER is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Patrick A. White [DE-6], recommending that Gerardo Arias Marintez's civil rights action be transferred to the Middle District of Florida because Plaintiff and many of the Defendants reside in, and all alleged violations occurred in, that District. Plaintiff has not filed an objection to the R&R. Having reviewed *de novo* the Complaint [DE-1], the R&R, and pertinent authority, the Court will affirm and adopt the R&R. As a result, it is hereby

ORDERED THAT

(1) The Report & Recommendation [DE-6] is AFFIRMED and ADOTPED.

(2) The Clerk of the Court shall TRANSFER this case in its entirety to the Middle District of Florida.

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 30 day of September, 2010.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc: Counsel of Record/*Pro se* Plaintiff